UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON WHITE,

                    Petitioner,

    v.

UNITED STATES OF AMERICA,

                    Respondent.

No. 20-CV-629 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

    Jason White ("Petitioner") filed a Petition for a Writ of Habeas Corpus (the "Petition") pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his November 29, 2017 sentence of 160 months of imprisonment, imposed after Petitioner pled guilty to one count of racketeering conspiracy, in violation of 18 U.S.C. § 1962(d); one count of brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii); and one count of conspiracy to distribute and possession with intent to distribute cocaine and marijuana, in violation of 21 U.S.C. §§ 841(b)(1)(C), 841(b)(1)(D), and 846. (*See generally* Pet. for a Writ of Habeas Corpus ("Pet.") (Dkt. No. 1, Case No. 20-CV-629; Dkt. No. 189, Case No. 15-CR-570); *see also* Judg. (Dkt. No. 156, Case No. 15-CR-570).) Petitioner argued that his conviction under § 924(c) could not stand in light of the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019), (*see* Pet.), and the Government agreed, (*see* Gov't's Resp. (Dkt. Nos. 190, 193, Case No. 15-CR-570)). Accordingly, the Court resentenced Petitioner on September 24, 2020. (*See* Dkt. (minute entry for Sept. 24, 2020), Case No. 15-CR-570; Am. Judg. (Dkt. No. 221, Case No. 15-CR-570).)

As the Petition has already been granted, the Clerk of Court is respectfully directed to close Case No. 20-CV-629.

SO ORDERED.

Dated: April 5, 2022
White Plains, New York

KENNETH M. KARAS
United States District Judge